# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE ELIZABETH STEWART | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV00335 SWW/JTK |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration | * * * * | |
| Defendant | * | |
| | * * | |

## ORDER ADOPTING RECOMMENDED DISPOSITION

The Court has received the recommended disposition from United States Magistrate Judge Jerome T. Kearney. After careful review of the recommendations, Plaintiff's objections, and pertinent portions of the record, the Court adopts the recommendations in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's request for relief (ECF No. 2) is DENIED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED THIS 17TH DAY OF JUNE, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE