IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE ELIZABETH STEWART | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV00335  SWW/JTK |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration | * | |
| | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED the final determination of the Commissioner is AFFIRMED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 17TH  DAY OF JUNE, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE